

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00412-CV

Cornelius Roy **PRINCE**, III, d/b/a Texas Concepts,
Appellant

v.

Dixie **BATTOE**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV00375
Honorable J. Frank Davis, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED October 23, 2019.

_____
Rebeca C. Martinez, Justice